UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:22-cv-00116

| | |
|---|---|
| DM CONSULTING PARTNERS, LLC, a Texas limited liability company, and DARYL MILLAR<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARPAC, LLC, a North Carolina limited liability company, and JAMES B. SLOAN, Jr.<br><br>　　　　Defendants. | NOTICE OF RESOLUTION |

NOTICE IS HEREBY GIVEN that Plaintiffs DM Consulting Partners, LLC and Daryl Millar and Defendants MARPAC, LLC and James B. Sloan (collectively, the "Parties") have reached a resolution of this matter subject to drafting and execution of the settlement agreement. The resolution will dispose of all claims in this case, and the Parties anticipate filing a Stipulation of Dismissal within thirty (30) days.

　　　　This 28th day of November 2022.

/s/ Corey M. Stanton
Philip J. Gibbons, Jr., NCSB #50276
Corey M. Stanton, NCSB #56255
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Pl., Ste. 325
Charlotte, North Carolina
Telephone: (704) 612-0038
Email: phil@gibbonslg.com
　　　　corey@gibbonslg.com

*Attorneys for Plaintiff*

/s/ Andrew K. McVey
Andrew K. McVey, NCSB #20217
Michael Murchison, NCSB #10621
**MURCHISON, TAYLOR & GIBSON, PLLC**
1979 Eastwood Road, Suite 101
Wilmington, NC 28403
Telephone: (910) 763-2426
Email: amcvey@murchisontaylor.com
mmurchison@murchisontaylor.com

*Attorneys for Defendants MARPAC, LLC and James B. Sloan*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and served upon counsel for the Defendants via the Court's electronic case filing system.

This this 28th day of November 2022.

/s/ Corey M. Stanton
Corey M. Stanton, NCSB #56255
